PROB 12C
(7/93)

## United States District Court

for the

### Eastern District of Washington

Report Date: April 17, 2014

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 18 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kennedy Gregory Tannehill-Chavez            Case Number: 0980 2:13CR02092-LRS-37

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 6, 2014

| | | |
|---|---|---|
| Original Offense: | Theft from Gaming Establishment Less Than $1,000, 18 U.S.C. § 1167(a) | |
| Original Sentence: | Probation - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: March 6, 2014 |
| Defense Attorney: | Jeffry K. Finer | Date Supervision Expires: March 5, 2017 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Tannehill-Chavez has tested positive for marijuana on March 12, 18, and April 7, 2014. |
| 2 | **Special Condition # 14**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Tannehill-Chavez has failed to obtain a drug and alcohol evaluation as directed by his probation officer as of April 16, 2014. |

Prob12C
Re: Tannehill-Chavez, Kennedy Gregory
April 17, 2014
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 17, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

4/18/14
Date

Prob12C
Re: Tannehill-Chavez, Kennedy Gregory
April 17, 2014
Page 2